UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,

    Plaintiff,

v.

THE HIGHER PEAKS LEARNING
ACADEMY, INC.,

    Defendant.

Case No. 2:12-CV-00015
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

It has come to the Court's attention that Yolanda Peaks-Bell, CEO and Executive Director of Defendant, has filed for bankruptcy in the Untied States Bankruptcy Court for the Southern District of Ohio. This matter is hereby **STAYED**, as to Ms. Peaks-Bell as to any matter covered under 11 U.S.C. § 362, pending notification from the parties that the stay should be lifted.

**IT IS SO ORDERED.**

11-27-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE