AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division


**EDUCATIONAL CREDIT**
**MANAGEMENT CORPORATION,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**THE HIGHER PEAKS LEARNING**    **CASE NO. 2:12-CV-00015**
**ACADEMY, INC.,**    **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE MARK R. ABEL**

      **Defendant.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Order filed January 4, 2013, JUDGMENT is hereby entered DISMISSING this case.**


Date: January 4, 2013                    JOHN P. HEHMAN, CLERK


                                */S/ Andy F. Quisumbing*
                                (By) Andy F. Quisumbing
                                Courtroom Deputy Clerk